Appeal No.    2021AP436

Cir. Ct. No.  2020JV48

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT III

---

IN THE INTEREST OF D. J. L., A PERSON UNDER THE AGE OF 18:

STATE OF WISCONSIN,

   PETITIONER-RESPONDENT,

  V.

D. J. L.,

   RESPONDENT-APPELLANT.

FILED

May 11, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Hon. Edward F. Vlack III
Circuit Court Judge
Electronic Notice

Ericka Nelson
Register in Probate
St. Croix County Courthouse
Electronic Notice

Karl E. Anderson
Electronic Notice

Francis D. Collins
Electronic Notice

Kelsey Jarecki Morin Loshaw
Electronic Notice

Shirlene R. Perrin
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 17 in the above-captioned opinion which was released on May 10, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.